UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              CASE NO.:  13-14612-BKC-AJC
                                                    Chapter 7

**MICHAEL HARTIGAN**
SSN: XXX-XX-1064

_____Debtor._____/

**TRUSTEE'S *EX PARTE* MOTION FOR ENTRY OF
ORDER VACATING ORDER DISCHARGING DEBTOR**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Michael Hartigan (the "Trustee"), through counsel, files this *Ex Parte* Motion for Entry of Order Vacating Order Discharging Debtor, and in support thereof, states as follows:

1. This case commenced with the filing of a voluntary Chapter 7 Petition by Michael Hartigan (the "Debtor") on February 28, 2013.  Shortly thereafter, Joel L. Tabas was appointed as Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Bankruptcy Estate").

2. On October 7, 2013, the Trustee filed his Motion to Approve Stipulation to Compromise Controversy with Hartigan Parties [ECF 161], and on March 11, 2014, this Court entered its Agreed Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy with the Hartigan Parties [ECF 291] (the "Settlement Order").

3. Paragraph 8 of the Settlement Order states that "[t]he deadline for Joel L. Tabas, Trustee to file an objection to the Debtor's claimed exemptions and to file a complaint objecting to the Debtor's discharge shall be enlarged up to and including 120 days after the Final Payment Date [as defined in the Stipulation to Compromise Controversy]."

4.  The Final Payment Date is defined in paragraph 3 of the Stipulation to Compromise Controversy as 180 days after the entry of the Settlement Order.

5.  Accordingly, the Trustee has three hundred (300) days from the date of the Settlement Order, which is January 5, 2015, to file a complaint objecting to the Debtor's discharge.

6.  But on October 22, 2014, the Court inadvertently entered an Order discharging the Debtor as provided for under 11 U.S.C. § 727 [ECF 366] (the "Discharge Order").

7.  Therefore, pursuant to the discharge deadline set forth in the Settlement Order, the Trustee respectfully requests entry of an order vacating the Discharge Order.

8.  Prior to filing this Motion, Trustee's counsel conferred with Debtor's counsel and obtained their agreement to the relief requested herein.

9.  Pursuant to Local Rule 5005-1G, a proposed Order accompanies this Motion.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Michael Hartigan, respectfully requests this Honorable Court enter an Order: (1) vacating the Discharge Order; and (2) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 27, 2014, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the

2

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

list to receive e-mail notice/service for this case, and via U.S. Mail upon all parties on the attached Manual Notice List.

                Respectfully submitted,

                /s/ Gary M. Freedman
                Gary M. Freedman
                Fla. Bar No. 727260
                Joshua D. Silver
                Fla. Bar No. 100022
                Tabas, Freedman & Soloff, P.A.
                Attorneys for Trustee, Joel L. Tabas
                One Flagler Building
                14 Northeast First Avenue - PH
                Miami, Florida  33132
                Telephone:  (305) 375-8171
                Facsimile:  (305) 381-7708
                gfreedman@tabasfreedman.com
                jsilver@tabasfreedman.com

| | | |
|---|---|---|
| Alex V. Lewis<br>7222 Bocage Blvd.<br>Baton Rouge, LA 70809 | Amex<br>POB 297871<br>Fort Lauderdale, FL 33329 | Bank Of America<br>POB 982235<br>El Paso, TX 79998 |
| Bank Of America, N.A.<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Barclays Bank Delaware<br>125 S. West St<br>Wilmington, DE 19801 | Brian & Donna Mills<br>19 Windsor Dr.<br>Foxboro, MA 02035 |
| Cap One<br>POB 5253<br>Carol Stream, IL 60197 | Charles E. Settoon<br>5321 Toby Lane<br>Kenner, LA 70065 | David Burtshstein, CPA<br>16 Briarwood Dr.<br>New City, NY 10956 |
| David J. Rowland, Esq.<br>Seyfarth Shaw LLP<br>131 S. Dearborn St., #2400<br>Chicago, IL 60603-5577 | Dennis & Cheryl DiSantis<br>1677 Chartwell Trace<br>Stone Mountain, GA 30087 | Discover Fin<br>POB 15316<br>Wilmington, DE 19850 |
| Discover Fin Svcs Llc<br>POB 15316<br>Wilmington, DE 19850 | Douglas M. & Lisa Mae Thompson<br>30811 Green East Dr.<br>Laguna Niguel, CA 92677 | Ed Naranjo<br>401 SW 4th Ave., #807<br>Fort Lauderdale, FL 33301 |
| Estate of Arthur Wood & Diane Wood<br>4957 Chedworth Dr.<br>Stone Mountain, GA 30087 | Gary L. Smith<br>659 Pine Street<br>Norco, LA 70079 | General John M. & Mrs. Theresa Keane<br>7521 Old Dominion Road<br>Mc Lean, VA 22102 |
| Glen D. Smith<br>48 Muirfield Dr.<br>La Place, LA 70068 | Henry A. Smith, Jr.<br>541 Payne St.<br>Norco, LA 70079 | Hsbc Bank<br>POB 5253<br>Carol Stream, IL 60197 |
| I.R.S.<br>C/O Attorney General of the U.S.<br>950 Pennsylvania Ave., NW #4400<br>Washington, DC 20530 | I.R.S.<br>C/O Attorney General of the U.S.<br>POB 9 Stop 8000 (51 SW 1 Ave)<br>Miami, FL 33130 | IRS<br>Atlanta Service Center<br>POB 47-421<br>Doralville, GA 30362 |
| ~~IRS~~<br>~~DP S-661A~~<br>~~POB 1064~~<br>~~Bensalem, PA 19020~~ | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | J. Kevin Davis & Janene Lynn Davis<br>22729 Oak Ridge Road<br>Sheridan, IN 46069 |
| James & Linda C. Hart<br>20551 SE 32nd Place (HWY 323)<br>Morriston, FL 32668 | James C. Parker<br>6545 Peggy St.<br>Baton Rouge, LA 70808 | Jeff Purpera, CPA<br>26890 Regency Park<br>Denham Springs, LA 70726 |

| | | |
|---|---|---|
| Jennifer Dowek<br>Rua Alberto Teixeira 141<br>San Conrado 22610 390<br>Rio de Janeiro, Brazil | Joel R. Baker<br>POB 866<br>560 McMurray Road<br>Buellton, CA 93427 | John D'Ambrosio, CPA<br>373 N. Main St.<br>Fall River, MA 02720 |
| John E. & Frances Rogers, Esq.<br>162 Abington Ave.<br>Kenilworth, IL 60043 | John E. Rogers, Esq.<br>C/O Rogers & Associates<br>55 W. Monroe, #2400<br>Chicago, IL 60603 | Jonathan K. Greer<br>6926 Woodstock Dr.<br>Baton Rouge, LA 70809 |
| Kashif Shaukat<br>10234 SW 26th St.<br>Fort Lauderdale, FL 33324 | Keane Advisors, LLC<br>903 Gap Newport Pike<br>Avondale, PA 19311-9531 | Kelly Sillis<br>1561 Richland St.<br>Baton Rouge, LA 70808 |
| Kevin Deuel<br>1814 S. Bayshore Lane<br>Coconut Grove, FL 33133 | Larry Twiner<br>3805 N. Hullen<br>Metairie, LA 70002 | Len Kline<br>110 Homestead Ave.<br>Metairie, LA 70005 |
| Mark B. Hebert<br>19543 South Muirfiel<br>Baton Rouge, LA 70810 | Markham McKnight<br>7132 Moniteau Court<br>Baton Rouge, LA 70809 | Masud Sarshar<br>c/o Apparel Limited, Inc.<br>3011 East Pico Blvd.<br>Los Angeles, CA 90023 |
| Miami-Dade Tax Collector<br>140 W. Flagler Street<br>Miami, FL 33130-1575 | Michael L. & Pamela L. Weiser<br>44 Pelham Ave.<br>Metairie, LA 70005 | Mortgage Service Center<br>2001 Bishops Gate Blvd<br>Mount Laurel, NJ 08054 |
| Nicholas Family Limited Partnership<br>Attn: John A. Del Biaggion III &<br>Gary Boudreaux<br>POB 250 Diablo, CA 94528 | Nicole G. Iannarone, Esq.<br>C/O Bondurant, Mixon, & Elmore, LLP<br>3900 One Atlatic Center<br>1201 W. Peachtree St., N.W. Atlanta, GA 30309 | R. Nathan Davis<br>Theresa June Stroud<br>127 Green Street<br>Tipton, IN 46072 |
| RCB Investimentos<br>f.k.a. Multicred Investimentos Ltda.<br>Av. Paulista, 1.048<br>Conj. 101 Sao Paulo SP<br>Brazil 0130-100 | Renato Mazzucchelli<br>163 Amsterdam Ave.<br>New York, NY 10023 | ~~Richard Demetriou~~<br>~~74 Sherwood Forest Rd.~~<br>~~Highlands, NC 28741~~ |
| Richard Demetriou<br>POB 1947<br>Highlands, NC 28741 | Robert J. Muldon, Esq.<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110 | Robert Mc Call, Esq.<br>Peabody & Arnold LLP<br>600 Atlantic Ave.<br>Boston, MA 02210 |
| Rockland Trust Company<br>288 Union St.<br>Rockland, MA 02370 | Rockland Trust Company<br>8a Station St.<br>Middleboro, MA 02346 | Ron Friedman, CPA<br>Marcum LLP<br>2049 Century Park East, #400<br>Los Angeles, CA 90067 |

~~Scott Ray~~
~~4648 Windstarr Dr.~~
~~Destin, FL 32541~~

~~Scott Roberts, CPA~~
~~First Meridian, Inc. &~~
~~Wellspring Group, Inc.~~
~~101 NE 3rd Ave., #1830~~
~~Fort Lauderdale, FL 33301~~

Spaulding Rehabilitation Hospital
311 Service Road
East Sandwich, MA 02537

Steven M. Starnes
10101 Oakline Dr.
Baton Rouge, LA 70809

Sugarload Overseas Limited
c/o Marc Joory, Peter and Python
Rue Francois-Bellet 3, 2nd Floor
1206 Geneva, Switzerland

Susan M. Hartigan
50 Saddle Ridge Road
Milton, MA 02186

~~Susan Sullivan, CPA~~
~~336 Chateaux Jon Dr.~~
~~Denham Springs, LA 70726~~

Thd/Cbna
POB 6497
Sioux Falls, SD 57117

Thomas H. Turner
2250 Kleinert Ave.
Baton Rouge, LA 70806

Thomas S. Fitzpatrick, Esq.
C/O Davis, Malm, & D'Agostine, P.C.
One Boston Place
Boston, MA 02108

Tom Fitzpatrick, Esq.
Davis, Malm, & D'Agostine
One Boston Place
Boston, MA 02108

Unvl/Citi
POB 6241
Sioux Falls, SD 57117

Wfnnb/Vctria
POB 182789
Columbus, OH 43218

Yussuf Mohamed & Indra Mohamed
440 Gallardo Circle
Saint Augustine, FL 32086

John R Eder
1 SE 3 Ave #1440
Miami, FL 33131

Michael Hartigan
1160 Stillwater Dr.
Miami Beach, FL 33141

Michael L. Weiser
c/o Brian S. Behar, Esq.
2999 NE 191st Street, Fifth Floor
Aventura, FL 33180

~~Bank Of America~~
~~529 Main St.~~
~~Boston, MA 02129~~
Updated 08/15/2013

~~Betsy S. Taylor~~
~~3183 Chipping Wood Court~~
~~Alpharetta, GA 30004~~
Updated 08/15/2013

~~Charles E. Milner~~
~~6122 Krista Lane~~
~~Baton Rouge, LA 70808~~
Updated 08/15/2013

~~Chris Lee~~
~~21616 Rabbit Run Dr.~~
~~Baton Rouge, LA 70817~~
Updated 08/15/2013

~~Chris Twiner~~
~~14075 River Road~~
~~Luling, LA 70070~~
Updated 08/15/2013

~~Greg Elinsky~~
~~596 Lancaster Ave.~~
~~Malvern, PA 19355~~
Updated 08/15/2013

~~Paul & Gloria Marchand~~
~~4706 Westdale Ave.~~
~~Baton Rouge, LA 70808~~
Updated 08/15/2013

~~Plymouth Mortgage Co~~
~~29 Samoset St.~~
~~Plymouth, MA 02360~~
Updated 08/15/2013

~~Sugarloaf Fund, LLC~~
~~c/o Rogers & Associates~~
~~W. Monroe St., #2400~~
~~Chicago, IL 60603~~
Updated 08/15/2013

~~Timothy Elmes~~
~~912 E. Broward Blvd., Suite C~~
~~Fort Lauderdale, FL 33301~~
Updated 08/15/2013

~~Todd & Anne Claire Waguespack~~
~~4706 Westdale Ave.~~
~~Baton Rouge, LA 70808~~
Updated 08/15/2013

~~Russell C. & Betsy S. Taylor~~
~~3765 San Carlos Dr.~~
~~Saint James City, FL 33956~~
Updated 08/15/2013

~~Russell C. Taylor~~
~~3183 Chipping Wood Court~~
~~Alpharetta, GA 30004~~

~~Robert S. Greer, Jr.~~
~~10 Jamestown Court~~
~~Baton Rouge, LA 70809~~

~~Dane Andreef~~
~~3060 McIlhenny Court~~
~~Baton Rouge, LA 70809~~

~~Gary Fears~~
~~1425 Brickell Ave., #47F~~
~~Miami, FL 33131~~
Updated 12/18/2013

~~Dirk A. DeVuyst~~
~~1616 Morningside Trace~~
~~Marietta, GA 30062-2055~~
Updated 12/18/2013

~~Farhan Naseer~~
~~101 NE 3rd Ave., #1500~~
~~Fort Lauderdale, FL 33301~~
Updated 12/18/2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                          CASE NO.: 13-14612-BKC-AJC
                                                                                Chapter 7
**MICHAEL HARTIGAN**
SSN: XXX-XX-1064

_____Debtor._____/

[PROPOSED]
**ORDER GRANTING TRUSTEE'S *EX PARTE* MOTION FOR
ENTRY OF ORDER VACATING ORDER DISCHARGING DEBTOR**

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's *Ex Parte* Motion for Entry of Order Vacating Order Discharging Debtor [ECF ] (the "Motion") and the Court, having reviewed the Motion, the Stipulation to Compromise Controversy and the Agreed Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy with the Hartigan Parties [ECF 291], and based on the record, it is

**ORDERED** as follows:

CASE NO.: 13-14612-BKC-AJC

1. The Motion is granted.

2. The Discharge Order[1] [ECF 366] is hereby vacated.

3. The deadline for Joel L. Tabas, Trustee to file a complaint objecting to the Debtor's discharge is January 5, 2015.

###

Submitted By:

Gary M. Freedman
Florida Bar No. 727260
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, Florida  33132
Telephone:  (305) 375 8171
Facsimile:  (305) 381 7708
E mail: gfreedman@tabasfreedman.com

Gary M. Freedman
Attorney Gary M. Freedman is directed to serve copies of this Order on the parties listed and file a Certificate of Service.

---

[1] All capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Motion.