FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-14612   AJC   Judge: A. JAY CRISTOL | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | HARTIGAN, MICHAEL | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | | 341(a) Meeting Date: | 03/27/13 |
| For Period Ending: | 09/30/14 | Claims Bar Date: | 01/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead: 1160 Stillwater Dr., Miami Beach, FL 33 | 836,673.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash  Cash on hand. | 50.00 | 0.00 | | 0.00 | 0.00 |
| 3. Financial Accounts  Checking Account #xxx3504 Rockland Truste 288 Unsion Street Rockland, MD 02370 Owned jointly with wife, Susan M. Hartigan | 0.01 | 0.00 | | 0.00 | 0.00 |
| 4. Financial Accounts  Business Checking Account #xxx0722 Rockland Trust 288 Union Street Rockland, MA 02370 Account for business, Law Offices of Michael D. Hartigan | 0.75 | 0.00 | | 0.00 | 0.00 |
| 5. Financial Accounts  Fidelty Investment Account #xxx9290 Owned jointly with wife, Susan M. Hartigan | 0.01 | 0.00 | | 0.00 | 0.00 |
| 6. Household Goods  1160 St illwater Drive Property (All Furnishings Over 10 Years Old): Master Bedroom: 1 king size bed, 2 nightstand, 1 sofa, 2 lamps, 1 tv, 1 clock radio, 3 Mirrors, 1 Small table. Bedroom A: 1 queen size bed, 1 desk, 1 chair, 2 file cabines, 1 printer, 1 clock radio. Bedroom B: 1 king size bed, 2 night stands, 10 boat/beach wall hangings, 1 clock radio, 2 lamps. Bedroom C: 1 twin bed, 1 tv, 1 rowing machine. Dinning Room: 1 dinning table, 6 chairs, 3 mirros, 5 wall ornaments. Living Room: 1 couch, 2 chairs, 3 end tables, 1 coffee table, 1 mirror, 1 metal table. | 2,300.00 | 0.00 | | 0.00 | 0.00 |

LFORM1

Ver: 18.03a

Case No:    13-14612    AJC    Judge: A. JAY CRISTOL    Trustee Name:    JOEL L. TABAS, TRUSTEE
Case Name:    HARTIGAN, MICHAEL    Date Filed (f) or Converted (c):  02/28/13 (f)
341(a) Meeting Date:  03/27/13
Claims Bar Date:  01/08/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Foyer: 1 chest. Kitchen: 1 breakfast table, 4 chairs. Family Room: 1 couch, 2 recliners, 4 small tables with foot stools, 1 tv stand, 1 tv, 2 DVD players, 2 speakers, 1 CD changer, 1 stereo receiver, 1 liquor cabinet. Garage: 1 set of golf clubs, 4 bikes, 5 luggages, 1 tool box with tools, 1 old fridge, 1 vacuum, 3 coolers. Yard: 2 tables, 12 chairs, 1 umbrella, 1 grill, 2 lounge chairs. Values estimated by debtor based on age and condition. Owned jointly with wife as Tenancy by the Entireties. | | | | | |
| 7. Household Goods<br>50 Saddle Ridge Road Property (Wife's House): Master Bedroom: 1 king sized bed, 2 night stands, 2 bureau, 4 lamps, 1 tv, 1 tv stand, 1 jewelry box, 2 chair, 2 trash cans, 1 clock radio, 3 glass vases. Bedroom A: 1 queen size bed, 1 desk, 1 chair, 1 night stand, 2 lamps, 1 valance. Bedroom B: 2 twin size beds, 2 night stands, 2 bureau, 1 desk, 2 chairs, 3 lamps, 2 valances. Bedroom C: 1 twin bed, 1 full bed, 2 bureau, 2 night stands, 2 chairs, 2 desks, 2 lamps, 2 valances. Sitting Area: 1 love seat, 1 chair, 1 tv, 1 lamp, 3 end tables. Dining Room: 1 table, 8 chairs, 1 buffet table, 3 lamps, 1 mirror, 10 small lenox pieces, 4 royal dalton figurines, 4 hummels. Living Room: 1 couch, 2 chairs, 2 end tables, 1 coffee table, 4 lamps, 2 mirrors. Foyer: 1 chest, 1 lamp, 1 mirror, 1 clock. Kitchen: 1 table, 6 chairs, 1 Canon camera, 1 clock. Family Room: 2 love seats, 2 reclining chars, 1 sofa table, 1 desk, 1 coffee table, 2 end tables, 2 lamps, 1 printer, 1 scanner, 1 computer, 1 monitor, 2 DVD players, 1 fireplace gr ill, 1 set of firepl fireplace candelabra, 3 bookcases, 1 tv, 2 speakers. Basement: 1 pool table, 6 chairs, 1 treadm table, 3 metal cabinets, 1 metal desk, 3 file cabinets. Office: 1 desk, 1 chair, 1 credenza, 1 fax machine, 1 desk, 1 lamp, 1 golf ball case. | 3,500.00 | 0.00 | | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 13-14612   AJC   Judge: A. JAY CRISTOL | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | HARTIGAN, MICHAEL | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | | 341(a) Meeting Date: | 03/27/13 |
| | | Claims Bar Date: | 01/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8. Books / Collectibles<br>Books and pictures. Values estimated by debtor based on age and condition. | 100.00 | 0.00 | | 0.00 | 0.00 |
| 9. Wearing Apparel<br>Used clothes. Values estimated by debtor based on age and condition. | 50.00 | 0.00 | | 0.00 | 0.00 |
| 10. Pension / Profit Sharing<br>IRA Account #xxx6335 Fidelity Investments | 147,182.48 | 0.00 | | 0.00 | 0.00 |
| 11. Pension / Profit Sharing<br>401(k) Savings Plan Account Arthur Anderson, LLP | 121,157.14 | 0.00 | | 0.00 | 0.00 |
| 12. Pension / Profit Sharing<br>IRA Account #xxx8430 MFS Investments 111 Huntington Ave. Boston, MA 02199 | 185,030.34 | 0.00 | | 0.00 | 0.00 |
| 13. Contingent Claims<br>Claim against Johathan Greer for monies owed to Debtor pursuant profit sharing agreement. Value was changed on Amended Schedule B 04/18/2013 (ECF 22) | 2,571,600.00 | 0.00 | | 0.00 | 0.00 |
| 14. Vehicles<br>2004 Merecedes Benz CLK Mileage: 61, 755 Value per Appraisal | 7,150.00 | 0.00 | | 0.00 | 0.00 |

LFORM1

Ver: 18.03a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

| Case No: | 13-14612 | AJC | Judge: A. JAY CRISTOL | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | HARTIGAN, MICHAEL | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | | | | 341(a) Meeting Date: | 03/27/13 |
| | | | | Claims Bar Date: | 01/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 15. Law Offices of Michael D. Hartigan & Associates (u) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. 1990 22' Shamrock Boat (u) | 300.00 | 0.00 | | 0.00 | 0.00 |
| 17. Fidelty Investment Account xxx7697 (u)<br>Added on Amended Schedule B 09/23/2013 (ECF 138) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. MFS Account xxx1344 (u)<br>Added on Amended Schedule B 09/23/2013 (ECF 138) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. Vanguard Acct. xxx1788 (u)<br>Added on Amended Schedule B 09/23/2013 (ECF 138) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20. Potential Claims Against John E. Rogers, Esq (u)<br>and/ or Seyfarth Shaw, LLP for breach of fiduciary duties, breach of contract and negligent representation; Added on Amended Schedule B 09/23/2013 (ECF 138) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21. Wollaston Gold Club Equity Membership (u)<br>Added on Amended Schedule B 09/23/2013 (ECF 138) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22. Compromise with the Hartigan Parties (u)<br>Agreed Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy with the Hartigan Parties, 03/11/2014 (ECF 291) | 0.00 | 2,200,000.00 | | 431,554.82 | 1,768,445.18 |

LFORM1

Ver: 18.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

| Case No: | 13-14612    AJC    Judge: A. JAY CRISTOL | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | HARTIGAN, MICHAEL | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | | 341(a) Meeting Date: | 03/27/13 |
| | | Claims Bar Date: | 01/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Settlement with Brian and Dona Mills (u) Order Granting Motion to Approve Settlement between Debtor, Brian and Dona Mills. and Hartigan Parties, 07/09/2014 (ECF 356); Debtor to pay claimants directly | 0.00 | 0.00 | | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $3,875,093.73 | $2,200,000.00 | | $431,554.82 | Gross Value of Remaining Assets $1,768,445.18 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has obtained and recorded mortgages on certain pieces of real property in order to secure the Debtor's
payment obligations pursuant to the Motion to Approve Stipulation.

Initial Projected Date of Final Report (TFR): 11/20/14    Current Projected Date of Final Report (TFR): 06/30/15

LFORM1    Ver: 18.03a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-14612 -AJC | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | HARTIGAN, MICHAEL | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******6476  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8170 |  |  |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/07/14 | 22 | MFS Research Fund-A<br>ASSET 22 | Order Granting Trustee's Motion to<br>Memo Amount:       30,000.00 | 1249-000 | 30,000.00 |  | 30,000.00 |
| 04/08/14 | 22 | Vanguard 500 Index Fund<br>ASSET 22 | Order Granting Trustee's Motion to<br>Memo Amount:      397,248.56 | 1249-000 | 397,248.56 |  | 427,248.56 |
| 04/08/14 | 22 | Vanguard 500 Index Fund<br>ASSET 22 | Order Granting Trustee's Motion to<br>Memo Amount:        4,306.26 | 1249-000 | 4,306.26 |  | 431,554.82 |
| 05/15/14 | 010001 | Thomas A. Bastian<br>One Flagler Building<br>14 N.E. First Ave., PH<br>Miami, FL  33132 | Order Approving First Interim<br>Application for Compensation to Accountant for<br>Chapter 7 Trustee, 05/15/2014 (ECF 343) | 3410-000 |  | 11,859.00 | 419,695.82 |
| 05/15/14 | 010002 | Tabas, Freedman, & Soloff, P.A.<br>f/k/aTabas, Freedman, Soloff, Brown, &<br>Rigali, PA<br>14 N.E. First Ave., Penthouse<br>Miami, FL  33132 | Order Approving First Interim<br>Application for Compensation and Reimbursement of<br>Expenses to Counsel for Chapter 7 Trustee,<br>05/15/2014 (ECF 342) | 3110-000 |  | 318,549.50 | 101,146.32 |
| 05/15/14 | 010003 | Tabas, Freedman, & Soloff, P.A.<br>f/k/aTabas, Freedman, Soloff, Brown, &<br>Rigali, PA<br>14 N.E. First Ave., Penthouse<br>Miami, FL  33132 | Order Approving First Interim<br>Application for Compensation and Reimbursement of<br>Expenses to Counsel for Chapter 7 Trustee,<br>05/15/2014 (ECF 342) | 3120-000 |  | 18,762.16 | 82,384.16 |
| 05/15/14 | 010004 | Riemer & Braunstein, LLP | Order Approving First Interim | 3991-000 |  | 37,453.00 | 44,931.16 |
|  |  |  | Page Subtotals |  | 431,554.82 | 386,623.66 |  |

LFORM24

Ver: 18.03a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-14612 -AJC | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | HARTIGAN, MICHAEL | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******6476  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8170 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Three Center Plaza, 6th Floor  Boston, MA 02108 | Application for Compensation and Reimbursement of Expenses to Special Counsel for Chapter 7 Trustee, 05/15/2014 (ECF 341) | | | | |
| * 05/15/14 | 010005 | Riemer & Braunstein, LLP  Three Center Plaza, 6th Floor  Boston, MA 02108 | Order Approving First Interim  Application for Compensation and Reimbursement of Expenses to Special Counsel for Chapter 7 Trustee, 05/15/2014 (ECF 341) | 3992-004 | | 2,547.49 | 42,383.67 |
| * 05/19/14 | 010006 | Reimer & Braunstein, LLP  Three Center Plaza  Boston, MA 02108 | Order Approving First Interim  Application for Compensation, 5/15/14 (ECF 341) | 3992-003 | | 2,547.49 | 39,836.18 |
| * 05/19/14 | 010006 | Reimer & Braunstein, LLP  Three Center Plaza  Boston, MA 02108 | Order Approving First Interim  incorrect address reflected | 3992-003 | | -2,547.49 | 42,383.67 |
| 05/19/14 | 010007 | Reimer & Braunstein, LLP  Three Center Plaza, 6th Floor  Boston, MA 02108 | Order Approving First Interim  Application for Compensation, 5/15/14 (ECF 341) | 3992-000 | | 2,547.49 | 39,836.18 |
| * 05/20/14 | 010005 | Riemer & Braunstein, LLP  Three Center Plaza, 6th Floor  Boston, MA 02108 | Stop Payment Reversal  SA | 3992-004 | | -2,547.49 | 42,383.67 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 453.76 | 41,929.91 |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 349.50 | 41,580.41 |

Page Subtotals        0.00        3,350.75

LFORM24

Ver: 18.03a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 13-14612 -AJC | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | HARTIGAN, MICHAEL | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******6476 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8170 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 60.21 | 41,520.20 |
| 08/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 61.78 | 41,458.42 |
| 09/19/14 | 010008 | Clerk of Court | Order Granting Trustee's Motion for Authority to Pay Costs Related to Recording of Mortgages, 9/17/14 (ECF 364) | 2700-000 | | 5,605.00 | 35,853.42 |
| 09/19/14 | 010009 | Barnstable Registry of Deeds | Order Granting Trustee's Motion for Authority to Pay Costs Related to Recording of Mortgages, 9/17/14 (ECF 364) | 2990-000 | | 12,740.00 | 23,113.42 |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 61.69 | 23,051.73 |

```
            Memo Allocation Receipts:        431,554.82        COLUMN TOTALS                    431,554.82    408,503.09    23,051.73
       Memo Allocation Disbursements:              0.00           Less: Bank Transfers/CD's           0.00         0.00
                                                                Subtotal                         431,554.82    408,503.09
              Memo Allocation Net:           431,554.82            Less: Payments to Debtors                       0.00
                                                                Net                              431,554.82    408,503.09
                                                                                                     NET         ACCOUNT
           Total Allocation Receipts:        431,554.82 *      TOTAL - ALL ACCOUNTS            NET DEPOSITS   DISBURSEMENTS  BALANCE
       Total Allocation Disbursements:             0.00 *      Checking Account (Non-Interest Earn - *******6476)  431,554.82  408,503.09  23,051.73
                                                                                              ------------   ------------   ------------
           Total Memo Allocation Net:        431,554.82                                        431,554.82     408,503.09    23,051.73
                                                                                              ============   ============   ============
                                                                                              (Excludes Account  (Excludes Payments  Total Funds
                                                                                                Transfers)      To Debtors)      On Hand


                                                                Page Subtotals                      0.00      18,528.68
```

Ver: 18.03a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 13-14612 -AJC | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | HARTIGAN, MICHAEL | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******6476  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8170 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals       0.00       0.00

Ver: 18.03a

LFORM24