**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                              CASE NO.: 13-14612-BKC-AJC
                                                                    Chapter 7
**MICHAEL HARTIGAN**
SSN: XXX-XX-1064
_____Debtor._____/

### TRUSTEE JOEL L. TABAS' NOTICE OF ABANDONMENT

Joel L. Tabas, Trustee, the duly appointed and acting Trustee (the "Trustee") for the above-captioned estate, pursuant to Bankruptcy Rule 6007, reports that he intends to abandon any interest of the estate in the following potential claims:

> **Potential claim against Jonathan Greer (for monies owed to Debtor pursuant to profit sharing agreement); and**
> **Potential claims against John E. Rogers, Esq. and/or Seyfarth Shaw, LLP**
> **(for breach of fiduciary duties, breach of contract, and negligent representation)**
> **(the "Claims")**

A review of the Debtor's schedules and documents provided by the Debtor as well as additional investigation reflect that the Claims appear to be of inconsequential value and benefit to the estate.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

Any objection to this abandonment <u>must</u> be filed with the Clerk of the Bankruptcy Court, 51 SW First Avenue, 15th Floor, Miami, Florida 33130, with a copy sent to the Trustee.

**I HEREBY CERTIFY** that on December 2, 2014, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the attached service list.

/s/ Joel L. Tabas
Joel L. Tabas, Trustee
One Flagler Building
14 Northeast First Ave., Penthouse
Miami, FL  33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708

Alex V. Lewis
7222 Bocage Blvd.
Baton Rouge, LA 70809

Amex
POB 297871
Fort Lauderdale, FL 33329

Bank Of America
POB 982235
El Paso, TX 79998

Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410

Barclays Bank Delaware
125 S. West St
Wilmington, DE 19801

Brian & Donna Mills
19 Windsor Dr.
Foxboro, MA 02035

Cap One
POB 5253
Carol Stream, IL 60197

Charles E. Settoon
5321 Toby Lane
Kenner, LA 70065

David Burtshstein, CPA
16 Briarwood Dr.
New City, NY 10956

David J. Rowland, Esq.
Seyfarth Shaw LLP
131 S. Dearborn St., #2400
Chicago, IL 60603-5577

Dennis & Cheryl DiSantis
1677 Chartwell Trace
Stone Mountain, GA 30087

Discover Fin
POB 15316
Wilmington, DE 19850

Discover Fin Svcs Llc
POB 15316
Wilmington, DE 19850

Douglas M. & Lisa Mae Thompson
30811 Green East Dr.
Laguna Niguel, CA 92677

Ed Naranjo
401 SW 4th Ave., #807
Fort Lauderdale, FL 33301

Estate of Arthur Wood & Diane Wood
4957 Chedworth Dr.
Stone Mountain, GA 30087

Gary L. Smith
659 Pine Street
Norco, LA 70079

General John M. & Mrs. Theresa Keane
7521 Old Dominion Road
Mc Lean, VA 22102

Glen D. Smith
48 Muirfield Dr.
La Place, LA 70068

Henry A. Smith, Jr.
541 Payne St.
Norco, LA 70079

Hsbc Bank
POB 5253
Carol Stream, IL 60197

I.R.S.
C/O Attorney General of the U.S.
950 Pennsylvania Ave., NW #4400
Washington, DC 20530

I.R.S.
C/O Attorney General of the U.S.
POB 9 Stop 8000 (51 SW 1 Ave)
Miami, FL 33130

IRS
Atlanta Service Center
POB 47-421
Doralville, GA 30362

IRS
DP S-661A
POB 1064
Bensalem, PA 19020

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

J. Kevin Davis & Janene Lynn Davis
22729 Oak Ridge Road
Sheridan, IN 46069

James & Linda C. Hart
20551 SE 32nd Place (HWY 323)
Morriston, FL 32668

James C. Parker
6545 Peggy St.
Baton Rouge, LA 70808

Jeff Purpera, CPA
26890 Regency Park
Denham Springs, LA 70726

| | | |
|---|---|---|
| Jennifer Dowek<br>Rua Alberto Teixeira 141<br>San Conrado 22610 390<br>Rio de Janeiro, Brazil | Joel R. Baker<br>POB 866<br>560 McMurray Road<br>Buellton, CA 93427 | John D'Ambrosio, CPA<br>373 N. Main St.<br>Fall River, MA 02720 |
| John E. & Frances Rogers, Esq.<br>162 Abington Ave.<br>Kenilworth, IL 60043 | John E. Rogers, Esq.<br>C/O Rogers & Associates<br>55 W. Monroe, #2400<br>Chicago, IL 60603 | Jonathan K. Greer<br>6926 Woodstock Dr.<br>Baton Rouge, LA 70809 |
| Kashif Shaukat<br>10234 SW 26th St.<br>Fort Lauderdale, FL 33324 | Keane Advisors, LLC<br>596 Lancaster Ave.<br>Malvern, PA 19355 | Kelly Sillis<br>1561 Richland St.<br>Baton Rouge, LA 70808 |
| Kevin Deuel<br>1814 S. Bayshore Lane<br>Coconut Grove, FL 33133 | Larry Twiner<br>3805 N. Hullen<br>Metairie, LA 70002 | Len Kline<br>110 Homestead Ave.<br>Metairie, LA 70005 |
| Mark B. Hebert<br>19543 South Muirfiel<br>Baton Rouge, LA 70810 | Markham McKnight<br>7132 Moniteau Court<br>Baton Rouge, LA 70809 | Masud Sarshar<br>c/o Apparel Limited, Inc.<br>3011 East Pico Blvd.<br>Los Angeles, CA 90023 |
| Miami-Dade Tax Collector<br>140 W. Flagler Street<br>Miami, FL 33130-1575 | Michael L. & Pamela L. Weiser<br>44 Pelham Ave.<br>Metairie, LA 70005 | Mortgage Service Center<br>2001 Bishops Gate Blvd<br>Mount Laurel, NJ 08054 |
| Nicholas Family Limited Partnership<br>Attn: John A. Del Biaggion III &<br>Gary Boudreaux<br>POB 250 Diablo, CA 94528 | Nicole G. Iannarone, Esq.<br>C/O Bondurant, Mixon, & Elmore, LLP<br>3900 One Atlatic Center<br>1201 W. Peachtree St., N.W. Atlanta, GA 30309 | R. Nathan Davis<br>Theresa June Stroud<br>127 Green Street<br>Tipton, IN 46072 |
| RCB Investimentos<br>f.k.a. Multicred Investimentos Ltda.<br>Av. Paulista, 1.048<br>Conj. 101 Sao Paulo SP Brazil<br>0130-100 | ~~Renato Mazzucchelli~~<br>~~163 Amsterdam Ave.~~<br>~~New York, NY 10023~~ | ~~Richard Demetriou~~<br>~~74 Sherwood Forest Rd.~~<br>~~Highlands, NC 28741~~ |
| Richard Demetriou<br>POB 1947<br>Highlands, NC 28741 | Robert J. Muldon, Esq.<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110 | Robert Mc Call, Esq.<br>Peabody & Arnold LLP<br>600 Atlantic Ave.<br>Boston, MA 02210 |
| Rockland Trust Company<br>288 Union St.<br>Rockland, MA 02370 | Rockland Trust Company<br>8a Station St.<br>Middleboro, MA 02346 | Ron Friedman, CPA<br>Marcum LLP<br>2049 Century Park East, #400<br>Los Angeles, CA 90067 |

~~Scott Ray~~
~~4648 Windstarr Dr.~~
~~Destin, FL 32541~~

~~Scott Roberts, CPA~~
~~First Meridian, Inc. &~~
~~Wellspring Group, Inc.~~
~~101 NE 3rd Ave., #1830~~
~~Fort Lauderdale, FL 33301~~

Spaulding Rehabilitation Hospital
311 Service Road
East Sandwich, MA 02537

Steven M. Starnes
10101 Oakline Dr.
Baton Rouge, LA 70809

Sugarload Overseas Limited
c/o Marc Joory, Peter and Python
Rue Francois-Bellet 3, 2nd Floor
1206 Geneva, Switzerland

Susan M. Hartigan
50 Saddle Ridge Road
Milton, MA 02186

~~Susan Sullivan, CPA~~
~~336 Chateaux Jon Dr.~~
~~Denham Springs, LA 70726~~

Thd/Cbna
POB 6497
Sioux Falls, SD 57117

Thomas H. Turner
2250 Kleinert Ave.
Baton Rouge, LA 70806

Thomas S. Fitzpatrick, Esq.
c/o Davis, Malm, & D'Agostine, P.C.
One Boston Place
Boston, MA 02108

Unvl/Citi
POB 6241
Sioux Falls, SD 57117

Wfnnb/Vctria
POB 182789
Columbus, OH 43218

Yussuf Mohamed & Indra Mohamed
440 Gallardo Circle
Saint Augustine, FL 32086

John R Eder
1 SE 3 Ave #1440
Miami, FL 33131

Michael Hartigan
1160 Stillwater Dr.
Miami Beach, FL 33141

Michael L. Weiser
c/o Brian S. Behar, Esq.
2999 NE 191st Street, Fifth Floor
Aventura, FL 33180

James Fierberg
Common Ground Mediation, Inc.
6574 N. State Road 7, #338
Coconut Creek, FL 33073

~~Bank Of America~~
~~529 Main St.~~
~~Boston, MA 02129~~
Updated 08/15/2013

~~Betsy S. Taylor~~
~~3183 Chipping Wood Court~~
~~Alpharetta, GA 30004~~
Updated 08/15/2013

~~Charles E. Milner~~
~~6122 Krista Lane~~
~~Baton Rouge, LA 70808~~
Updated 08/15/2013

~~Chris Lee~~
~~21616 Rabbit Run Dr.~~
~~Baton Rouge, LA 70817~~
Updated 08/15/2013

~~Chris Twiner~~
~~14075 River Road~~
~~Luling, LA 70070~~
Updated 08/15/2013

~~Greg Elinsky~~
~~596 Lancaster Ave.~~
~~Malvern, PA 19355~~
Updated 08/15/2013

~~Paul & Gloria Marchand~~
~~4706 Westdale Ave.~~
~~Baton Rouge, LA 70808~~
Updated 08/15/2013

~~Plymouth Mortgage Co~~
~~29 Samoset St.~~
~~Plymouth, MA 02360~~
Updated 08/15/2013

~~Sugarloaf Fund, LLC~~
~~c/o Rogers & Associates~~
~~W. Monroe St., #2400~~
~~Chicago, IL 60603~~
Updated 08/15/2013

~~Timothy Elmes~~
~~912 E. Broward Blvd., Suite C~~
~~Fort Lauderdale, FL 33301~~
Updated 08/15/2013

~~Todd & Anne Claire Waguespack~~
~~4706 Westdale Ave.~~
~~Baton Rouge, LA 70808~~
Updated 08/15/2013

~~Russell C. & Betsy S. Taylor~~
~~3765 San Carlos Dr.~~
~~Saint James City, FL 33956~~
Updated 08/15/2013

~~Russell C. Taylor~~
~~3183 Chipping Wood Court~~
~~Alpharetta, GA 30004~~

~~Robert S. Greer, Jr.~~
~~10 Jamestown Court~~
~~Baton Rouge, LA 70809~~

~~Dane Andreef~~
~~3060 McIlhenny Court~~
~~Baton Rouge, LA 70809~~

~~Gary Fears~~
~~1425 Brickell Ave., #47F~~
~~Miami, FL 33131~~
Updated 12/18/2013

~~Dirk A. DeVuyst~~
~~1616 Morningside Trace~~
~~Marietta, GA 30062-2055~~
Updated 12/18/2013

~~Farhan Naseer~~
~~101 NE 3rd Ave., #1500~~
~~Fort Lauderdale, FL 33301~~
Updated 12/18/2013